JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH SHANE MASSERANO,** | ) | |
| Petitioner, | ) | No. CV 15-336-JFW(AJW) |
| **vs.** | ) | |
| | ) | JUDGMENT |
| **CYNTHIA ENTZEL, Warden,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is **denied.**

Dated: <u>December 8, 2016</u>

_____
John F. Walter
United States District Judge